18SL-AC00134

Electronically Filed - St Louis County - December 29, 2017 - 12:53 PM

IN THE CIRCUIT COURT OF ST. LOUIS COUNTY
STATE OF MISSOURI
ASSOCIATE DIVISION

| | |
|---|---|
| KEVIN DRISKELL, | ) |
| | ) |
| Plaintiff, | ) |
| | )   Cause No |
| v. | ) |
| | )   Division |
| COMPLETE PAYMENT RECOVERY | ) |
| SERVICES, INC. | ) |
| | ) |
| Serve at: | ) |
| CT Corporation System | ) |
| 120 South Central Avenue | ) |
| Clayton, MO 63105 | ) |
| | ) |
| Defendant. | )   **JURY TRIAL DEMANDED** |

## PETITION

COMES NOW Plaintiff Kevin Driskell ("Plaintiff"), by and through his undersigned counsel, and for his Petition against Complete Payment Recovery Services, Inc. ("CPRS") states as follows:

## INTRODUCTION

1. This is an action for actual and statutory damages brought to the Court by an individual consumer for violations of the Fair Debt Collections Practices Act, 15 U.S.C. § 1692 et seq. ("FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

2. Plaintiff demands a trial by jury on all issues so triable.

**Exhibit A**

## JURISDICTION

3. This Court has jurisdiction of the FDCPA claim under 15 U.S.C. § 1692k(d), as Defendant's collection activity was directed to Plaintiff at his residence in St. Louis County, Missouri.

4. Jurisdiction is also proper in this Court because Defendant harmed Plaintiff in St. Louis County, Missouri as described herein.

5. Venue is also proper in St. Louis County, Missouri for these reason.

## PARTIES

6. Plaintiff is a natural person currently residing in St. Louis County, Missouri. Plaintiff is a "consumer" within the meaning of the FDCPA.

7. The alleged debt Plaintiff owes arises out of consumer, family, and household transaction. Specifically, the alleged debt arose from Plaintiff allegedly issuing a personal check for consumer, family, and household goods to Shop N' Save in the amount of $114.16.

8. Plaintiff disputes the debt in its entirety because he does not recall ever writing such a check to Shop N' Save.

9. Defendant Complete Payment Recovery Services, Inc. ("CPRS") is an entity with its principal place of business located in Florida.

10. The principal business purpose of CPRS is the collection of debts nationwide and in Missouri; CPRS regularly attempts to collect debts alleged to be due to another entity.

11. CPRS is engaged in the collection of debts from consumers through means of using mail and telephone. CPRS is a "debt collector" as defined by the FDCPA. 15 U.S.C. § 1692a(6).

## FACTS

12. CPRS' collection activity occurred within the previous twelve (12) months.

13. On or about September 21, 2017, CPRS sent Plaintiff an initial collection letter. The letter stated that Plaintiff had 30 days from the receipt of the letter to notify CPRS that he disputed "the validity of this debt or any portion thereof[.]"

14. The letter also stated CPRS was attempting to collect the debt for an unpaid personal check he allegedly issued to Shop N' Save in the amount of $114.16. The total amount due was $139.16, which included a $25 "check fee."

15. Finally, the letter indicated that CPRS had already reported the insufficient funds check to a national database, and it was damaging Plaintiff's credit such that Plaintiff's "check writing privileges" were revoked and would remain revoked until he paid the debt.

16. This statement, by itself, directly contradicted and overshadowed Plaintiff's dispute rights pursuant to Section 1692g.

17. This statement was also a false and misleading statement in connection with the collection of a debt.

18. On or around October 6, 2017, after receiving the letter from CPRS, Plaintiff called CPRS on the telephone to inquire about the alleged debt.

19. CPRS stated that the debt arose from a returned personal check issued by Plaintiff in the amount of $114.16.

20. Plaintiff told CPRS that he did not recall issuing a check in that amount to Shop N' Save and would have to investigate the matter.

21. CPRS told Plaintiff that the payment of the debt was due that day.

22. This statement was false. As set forth in CPRS' September 21, 2017 letter, Plaintiff had 30 days to dispute the validity of the alleged debt or any portion thereof.

23. CPRS' conduct in the phone call and the letter overshadowed Plaintiff's right to dispute the validity of the alleged debt within the statutory 30-day dispute period.

24. As a result of CPRS' conduct above, Plaintiff felt threatened and frustrated and knew that CPRS was refusing to honor Plaintiff's right to dispute the debt pursuant to Section 1692g.

25. Specifically, CPRS' threats about the revocation of Plaintiff's check writing privileges, and its demands that Plaintiff must pay the debt that day, caused Plaintiff to believe that CPRS would not honor his bona-fide dispute of the debt.

26. CPRS' conduct forced Plaintiff to hire and become indebted to an attorney for purposes of dealing with CPRS in order to prevent the debt from harming his credit and to prevent further collection efforts.

27. CPRS harassed and oppressed Plaintiff without cause; Plaintiff suffered mental anguish, stress, and agitation as a result.

28. Furthermore, CPRS' above-described conduct caused Plaintiff to suffer the following additional injuries in fact:

a. Plaintiff has been deprived of his statutory right to dispute the debt. CPRS overshadowed Plaintiff's dispute rights by demanding payment within the 30-day dispute period; and

b. Plaintiff has been deprived of his statutory right to receive truthful information about the amount of the debt and about the database reporting associated with the check.

29. The injuries in fact are fairly traceable to the challenged actions of CPRS, in that CPRS engaged in the telephone conversation with Plaintiff and sent the letter to Plaintiff.

30. Plaintiff's injuries, in fact, are likely to be redressed by a favorable decision in this Court.

## COUNT I: VIOLATION OF THE FDCPA

31. Plaintiff re-alleges and incorporates by reference all of the above paragraphs.

32. In its attempts to collect the alleged debt from Plaintiff, CPRS committed violations of the FDCPA, 15 U.S.C. § 1692 et seq., including, but not limited to, the following:

a. CPRS' demands for payment within the dispute period and threats of other collection activity, like the suspension of Plaintiff's check writing privileges until he paid the debt, overshadowed and conflicted with Plaintiff's rights to dispute the debt. See 15 U.S.C. § 1692g;

b. Falsely representing the character, amount, or legal status of the alleged debt; specifically, CPRS represented that the debt was not the type of debt that Plaintiff could dispute, and CPRS misrepresented its database reporting relevant to the check. See 15 U.S.C. §1692e; and

Electronically Filed - St Louis County - December 29, 2017 - 12:53 PM

  c. Harassing Plaintiff by demanding payment of the debt within the 30-day dispute period in order to unjustly coerce immediate payment of the debt. See 15 U.S.C. § 1692d.

  d. Using unfair practices and/or means in attempting to collect an alleged debt from Plaintiff by demanding payment of the debt within the 30-day dispute period and by misrepresenting the status of Plaintiff's check writing privileges. See 15 U.S.C. § 1692f.

WHEREFORE, Plaintiff respectfully requests that judgment be entered against CPRS for:

 A. Judgment that CPRS's conduct violated the FDCPA;

 B. Actual damages in an amount to be determined by the jury;

 C. Statutory damages, costs, and reasonable attorney's fees pursuant to 15 U.S.C. § 1692(k); and

 D. For such other relief as the Court may deem just and proper.

**Ross & Voytas, LLC**

/s/ Richard A. Voytas, Jr.
_____

Richard A. Voytas, Jr, #52046
rick@rossvoytas.com
Nathan E. Ross, #51166
nate@rossvoytas.com
Ethan W. Gee, #70075
ethan@rossvoytas.com
12444 Powerscourt Drive, Ste 370
St. Louis, MO 63131
Phone: (314) 394-0605
Fax:    (636) 333-1212

Attorneys for Plaintiff

18SL-AC00134

Electronically Filed - St Louis County - December 29, 2017 - 12:53 PM

**In the**
# CIRCUIT COURT
**Of St. Louis County, Missouri**

KEVIN DRISKELL
Plaintiff/Petitioner

vs.

COMPLETE PAYMENT RECOVERY SERVICES, INC.
Defendant/Respondent

December 29, 2017
Date

_____
Case Number

_____
Division

For File Stamp Only

## REQUEST FOR APPOINTMENT OF PROCESS SERVER

Comes now  Plaintiff                                                                 , pursuant
                    Requesting Party
to Local Rule 28, and at his/her/its own risk requests the appointment of the Circuit Clerk of
 Mark Effinger, Associated Research Services, LLC, 109 Walnut, #785, Festus, MO 63028 T: 314-713-1053
Name of Process Server                       Address                                                                                   Telephone

_____
Name of Process Server            Address or in the Alternative                     Telephone

_____
Name of Process Server            Address or in the Alternative                     Telephone

Natural person(s) of lawful age to serve the summons and petition in this cause on the below named parties. This appointment as special process server does not include the authorization to carry a concealed weapon in the performance thereof.

SERVE:
 CT Corporation System
Name
 120 South Central Avenue
Address
 Clayton, MO 63105
City/State/Zip

SERVE:
_____
Name
_____
Address
_____
City/State/Zip

SERVE:
_____
Name
_____
Address
_____
City/State/Zip

SERVE:
_____
Name
_____
Address
_____
City/State/Zip

Appointed as requested:
**JOAN M. GILMER,** Circuit Clerk

By _____
   Deputy Clerk

_____
Date

 /s/ Richard A. Voytas, Jr.
Signature of Attorney/Plaintiff/Petitioner
 52046
Bar No.
 12444 Powerscourt Drive, Suite 370, St. Louis, MO 63131
Address
 (314) 394-0605                  (636) 333-1212
Phone No.                              Fax No.

CCADM62-WS    Rev. 08/16

18SL-AC00134

Electronically Filed - St Louis County - December 29, 2017 - 12:53 PM

**In the**
# CIRCUIT COURT
**Of St. Louis County, Missouri**

KEVIN DRISKELL
Plaintiff/Petitioner

vs.

COMPLETE PAYMENT RECOVERY SERVICES, INC.
Defendant/Respondent

December 29, 2017
Date

_____
Case Number

_____
Division

For File Stamp Only

## REQUEST FOR APPOINTMENT OF PROCESS SERVER

Comes now  Plaintiff                                                                               , pursuant
                    Requesting Party
to Local Rule 28, and at his/her/its own risk requests the appointment of the Circuit Clerk of
 Mark Effinger, Associated Research Services, LLC, 109 Walnut, #785, Festus, MO 63028 T: 314-713-1053
Name of Process Server              Address                                                                                    Telephone

_____
Name of Process Server              Address or in the Alternative                                                  Telephone

_____
Name of Process Server              Address or in the Alternative                                                  Telephone

Natural person(s) of lawful age to serve the summons and petition in this cause on the below named parties.  This appointment as special process server does not include the authorization to carry a concealed weapon in the performance thereof.

SERVE:
 CT Corporation System
Name
 120 South Central Avenue
Address
 Clayton, MO 63105
City/State/Zip

SERVE:
_____
Name
_____
Address
_____
City/State/Zip

SERVE:
_____
Name
_____
Address
_____
City/State/Zip

SERVE:
_____
Name
_____
Address
_____
City/State/Zip

Appointed as requested:

**JOAN M. GILMER,** Circuit Clerk

By _____ **/s/Telisha Braselman**_____
      Deputy Clerk
            01-08-2018
_____
Date

 /s/ Richard A. Voytas, Jr.
Signature of Attorney/Plaintiff/Petitioner
 52046
Bar No.
 12444 Powerscourt Drive, Suite 370, St. Louis, MO 63131
Address
 (314) 394-0605                    (636) 333-1212
Phone No.                                                                 Fax No.

CCADM62-WS     Rev. 08/16



IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| Judge or Division:<br>JOHN ROBERT LASATER | Case Number: 18SL-AC00134 |
|---|---|
| Plaintiff/Petitioner:<br>KEVIN DRISKELL | Plaintiff's/Petitioner's Attorney/Address:<br>RICHARD ANTHONY VOYTAS Jr.<br>12444 POWERSCOURT DRIVE<br>SUITE 370<br>ST LOUIS, MO  63131<br>(314) 394-0605 |
| vs. | |
| Defendant/Respondent:<br>COMPLETE PAYMENT RECOVERY SERVICES, INC | Date, Time and Location of Court Appearance:<br>**07-FEB-2018, 09:00 AM**<br>**RM. 288 NORTH, DIV 38W** |
| Nature of Suit:<br>AC Other Tort | **ST LOUIS COUNTY COURT BUILDING**<br>**105 SOUTH CENTRAL AVENUE**<br>**CLAYTON, MO  63105** |

(Date File Stamp)

**Associate Division Summons**

  The State of Missouri to:  **COMPLETE PAYMENT RECOVERY SERVICES, INC**
            **Alias:**
**120 SOUTH CENTRAL AVE**
**CT CORPORATION SYSTEM**
**ST. LOUIS, MO  63105**

*COURT SEAL OF*

*ST. LOUIS COUNTY*

You are summoned to appear before this court on the date, time, and location above to answer the attached petition. If you fail to do so, judgment by default will be taken against you for the relief demanded in the petition. You may be permitted to file certain responsive pleadings, pursuant to Chapter 517 RSMo. Should you have any questions regarding responsive pleadings in this case, you should consult an attorney.

  **SPECIAL NEEDS:** If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739 or TTY at 314-615-4567, at least three business days in advance of the court proceeding.

_____01-08-2018_____     _____
           Date                                                          Clerk

**Further Information:**
    **TB**

**Sheriff's or Server's Return**
**Note to serving officer:** Service must not be made less than ten days nor more than sixty days from the date the Defendant/Respondent is to appear in court.
 I certify that I have served the above summons by: (check one)
  ☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
  ☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.
  ☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
  _____ (name ) _____ (title).
  ☐ other_____.
Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).
_____    _____
      Printed Name of Sheriff or Server                                  Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**
Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____    _____
                                                       Date                                                                 Notary Public

**Sheriff's Fees, if applicable**
| | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $\_\_\_\_10.00_____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | **$_____** |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

# **AFFIDAVIT OF RETURN OF SERVICE**

## IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

### ASSOCIATE DIVISION SUMMONS

**PLAINTIFF(S)/PETITIONER:**
**KEVIN DRISKELL**

VS.

**DEFENDANT(S)**
**COMPLETE PAYMENT RECOVERY SERVICES, INC**

**CASE NUMBER: 18SL-AC00134**
**SERVE: COMPLETE PAYMENT RECOVERY SERVICES, INC**
   **120 SOUTH CENTRAL AVE., STE., 400**
   **ST. LOUIS, MISSOURI 63131**

Mark Effinger, of Associated Research Services, LLC, being first duly sworn upon his oath, states that he is over the age of 18 years old; that he is a disinterested party to this action, has served an original copy of the attached ASSOCIATE DIVISION SUMMONS on BONNIE LOVE, Intake Specialist at CT CORPORATION accepting for COMPLETE PAYMENT RECOVERY SERVICES, INC at 120 SOUTH CENTRAL AVE., Ste., 400 CLAYTON, Missouri, 63105. Service was executed on JANUARY 9, 2018 at 2:07 PM.

By: _Mark Effinger_

Mark Effinger, Missouri License Number: 604
Associated Research Services, LLC

Subscribed and sworn before me, a Notary Public, this __11__ day of __January__ 2018.

Notary Public _____

My commission expires __10-30-2020__

NICHOLAS ANDREW CHRIST
Notary Public - Notary Seal
State of Missouri
Commissioned for Jefferson County
My Commission Expires: Oct. 30, 2020
16436697

Electronically Filed - St Louis County - January 29, 2018 - 09:33 AM



IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>JOHN ROBERT LASATER | Case Number: 18SL-AC00134 |
| Plaintiff/Petitioner:<br>KEVIN DRISKELL<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address:<br>RICHARD ANTHONY VOYTAS Jr.<br>12444 POWERSCOURT DRIVE<br>SUITE 370<br>ST LOUIS, MO 63131<br>(314) 394-0605 |
| Defendant/Respondent:<br>COMPLETE PAYMENT RECOVERY SERVICES, INC | Date, Time and Location of Court Appearance:<br>07-FEB-2018, 09:00 AM<br>RM. 288 NORTH, DIV 38W<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO 63105 |
| Nature of Suit:<br>AC Other Tort | |

(Date File Stamp)

**Associate Division Summons**

The State of Missouri to: COMPLETE PAYMENT RECOVERY SERVICES, INC
Alias:
120 SOUTH CENTRAL AVE
CT CORPORATION SYSTEM
ST. LOUIS, MO 63105

COURT SEAL OF
ST. LOUIS COUNTY

You are summoned to appear before this court on the date, time, and location above to answer the attached petition. If you fail to do so, judgment by default will be taken against you for the relief demanded in the petition. You may be permitted to file certain responsive pleadings, pursuant to Chapter 517 RSMo. Should you have any questions regarding responsive pleadings in this case, you should consult an attorney.

SPECIAL NEEDS: If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739 or TTY at 314-615-4567, at least three business days in advance of the court proceeding.

_____01-08-2018_____    _____
Date                                            Clerk

Further Information:
TB

**Sheriff's or Server's Return**

Note to serving officer: Service must not be made less than ten days nor more than sixty days from the date the Defendant/Respondent is to appear in court.
I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☒ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with BONNIE LOVE (INTAKE SPEC), person of the Defendant's/Respondent's family over the age of 15 years.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).
☐ other

Served at 120 SOUTH CENTRAL AVE, SUITE 400 CLAYTON, MO 63105 (address)
in ST. LOUIS COUNTY (County/City of St. Louis), MO, on 1-9-18 (date) at 2:07 PM (time).

MARK EFFINGER                                   Mark Effinger #604
Printed Name of Sheriff or Server                Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:
Subscribed and sworn to before me on January 11, 2018 (date).
My commission expires: 10-30-2020

(Seal)                                                    Notary Public

**Sheriff's Fees, if applicable**

| | |
|---|---|
| Summons | $ 75.00 |
| Non Est | $ |
| Sheriff's Deputy Salary Supplemental Surcharge | $ 10.00 |
| Mileage | $ _____ ( _____ miles @ $ _____ per mile) |
| Total | $ 75.00 |

A copy of the summons and a copy of the petition must be served on each Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

NICHOLAS ANDREW CHRIST
Notary Public - Notary Seal
State of Missouri
Commissioned for Jefferson County
My Commission Expires: Oct. 30, 2020
16438697

Electronically Filed - St Louis County - January 29, 2018 - 09:33 AM